IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROSETTA BARTLETT | : | |
| | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 02-CV-4591 |
| | : | |
| PENNSYLVANIA BLUE SHIELD | : | |

**<u>ORDER</u>**

AND NOW, this 28th day of May, 2003, the Court having entered an Order on April 29, 2003, scheduling an Initial Pretrial Scheduling Conference in Chambers on May 29, 2003, at 10:00 a.m., and the Court having received a letter on this date from Plaintiff's counsel advising that he would not appear for the conference because he was in New Mexico and also advising that the Court could either hold the conference via telephone later in the day on May 29th or continue the matter, it is ORDERED that counsel's informal "Request For Continuance" is DENIED.  The conference will be held as scheduled.  If Plaintiff's counsel (or another attorney qualified to represent Plaintiff) fails to appear, Plaintiff's Complaint will be dismissed for failure to prosecute.

IT IS SO ORDERED.

BY THE COURT:

_____
R. Barclay Surrick, Judge