IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROSETTA BARTLETT | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 02-CV-4591 |
| | : | |
| PENNSYLVANIA BLUE SHIELD | : | |

## SCHEDULING ORDER

AND NOW, this 29th day of May, 2003, it is ORDERED as follows:

1. Within ten (10) days of the date hereof Defendant shall provide Plaintiff with a copy of the entire administrative record regarding Plaintiff's claim and Plaintiff shall provide Defendant with all relevant medical records related to Plaintiff's injury.

2. All discovery, expert and otherwise, shall be completed no later than October 1, 2003.

3. All dispositive motions shall be filed no later than October 15, 2003. Responses to dispositive motions shall be filed no later than October 30, 2003.

4. A settlement conference with Magistrate Judge Charles B. Smith will be scheduled upon the request of counsel.

5. A final pretrial conference and trial will be scheduled by further order of this Court.

IT IS SO ORDERED.

                                                  BY THE COURT:

                                                  _____
                                                  R. Barclay Surrick, Judge