IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROSETTA BARTLETT, | : | NO. 2:02-cv-04591-RBS |
| Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | |
| PENNSYLVANIA BLUE SHIELD, | : | |
| Defendant | : | |

O R D E R

AND NOW, this 23rd day of September, 2003, it is ORDERED that a settlement conference is scheduled before the undersigned for Monday, November 3, 2003, at 10:00 a.m., in chambers, 3006 United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

The court assumes that settlement of this case is a real possibility. Counsel are directed to notify the court if this assumption is unwarranted.

Counsel of record are directed to appear with their client(s); in the case of an insured corporation, a representative who has settlement authority must be present; in the case of an insurance company, a carrier representative with authority must be present.

It is FURTHER ORDERED that the attached confidential summary sheet should be submitted via fax to 215-597-6125 by noon on the day prior to the conference.

It is so ORDERED.

BY THE COURT:

_____
CHARLES B. SMITH
UNITED STATES MAGISTRATE JUDGE

9/23/03 Copy via first class mail to:
Stanley J. Brassington, Esquire
120 East Main Street
Schuylkill Haven, PA  17972

9/23/03 Copy via fax to:
Richard L McMonigle, Esquire (215-587-1444)

PRETRIAL/SETTLEMENT CONFERENCE SUMMARY SHEET
(Do not docket this form)

Caption:_____

Civil Action No. _____ District Court Judge: _____

Jury _____   Non-Jury _____   Trial/Pool Date: _____

Counsel:
  Name   _____

  Address  _____

  Phone   _____ Fax _____

  Client   _____

Status of Discovery and Proposed Discovery Schedule: _____
_____
_____

Motions Pending:  _____
_____
_____

Case ready for trial on _____   Estimate of time for entire trial _____

Prospect of Settlement:   Excellent _____   Good _____   Fair _____   Must be Tried _____

Other Relevant Matters: _____
_____

Prior Offers/Demands:  _____
_____

Special Comments:  _____

Attach Synopsis of Case (Limited to one page)