IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROSETTA BARTLETT | : | |
| | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| | : | NO. 02-CV-4591 |
| PENNSYLVANIA BLUE SHIELD | : | |

**O R D E R**

**AND NOW,** this ____ day of November, 2003, the Court having been notified that the above captioned action has been settled pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is **ORDERED** that this case is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

BY THE COURT:

_____
R. Barclay Surrick, Judge